# **EXHIBIT A**

DLI-6306977v1
RLF1 3576574v. 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SPECIALTY PRODUCTS HOLDING CORP., an Ohio corporation, | Case No. 10-_____ (___) |
| Debtor. | |
| Employer's Tax Identification No.: 34-6550857 | |
| In re | Chapter 11 |
| BONDEX INTERNATIONAL, INC., a Delaware corporation, | Case No. 10-_____ (___) |
| Debtor. | |
| Employer's Tax Identification No.: 34-1104125 | |

**ORDER DIRECTING THE JOINT
<u>ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES</u>**

This matter coming before the Court on the Motion of the Debtors for an Order Directing the Joint Administration of Their Chapter 11 Cases (the "<u>Motion</u>"), filed by the above-captioned debtors (collectively, the "<u>Debtors</u>");[1] the Court having reviewed the Motion and the Knoop Declaration;[2] the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. § 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (d) no notice of the Motion was required pursuant to Local Rule 1015-1 and the Motion may be determined on

---

[1] The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

an ex parte basis; and the Court having determined that the legal and factual bases set forth in the Motion and the Knoop Declaration establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered. The Clerk of the Court shall maintain one file and one docket for these jointly administered cases, which file and docket for both chapter 11 cases shall be the file and docket for Specialty Products Holding Corp., Case No. 10-_____ (____).

3. Parties in interest are directed to use the Proposed Caption annexed hereto as Exhibit 1 when filing a pleading with the Court in the chapter 11 cases of the Debtors indicating that the pleading relates to the jointly administered chapter 11 cases of "Specialty Products Holding Corp., *et al.*" The consolidated caption satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects.

4. A docket entry shall be made on the docket for Bondex substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Specialty Products Holding Corp. and Bondex International, Inc. The docket of Specialty Products Holding Corp. in Case No. 10-_____ (____) should be consulted for all matters affecting this case.

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of any of the above-captioned chapter 11 cases.

Dated: _____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

DLI-6306977v1
RLF1 3576574v. 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SPECIALTY PRODUCTS HOLDING CORP., et al.,[1] | : | Case No. 10-_____ (___) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**[TITLE OF PLEADING OR OTHER DOCUMENT]**

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Specialty Products Holding Corp. (0857); and Bondex International, Inc. (4125). The Debtors' address is 4515 St. Clair Avenue, Cleveland, Ohio 44103.